UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BAC HOME LOANS SERVICING, LP, | No. C 10-05674 MEJ |
| Plaintiff, | |
| v. | **ORDER CONTINUING CMC** |
| DALJIT TUMBER and SONIKA TUMBER | |
| Defendants. | |
| _____/ | |

The above-captioned case is currently scheduled for a case management conference on March 24, 2011. However, upon review of the docket, the Court notes that no filings have been made by either party since the case was removed on December 14, 2010. Accordingly, the Court hereby CONTINUES the case management conference to April 21, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a joint case management statement by April 14, 2011.

**IT IS SO ORDERED.**

Dated: March 22, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BAC HOME LOANS SERVICING, LP,

        Plaintiff,

  v.

DALJIT S. TUMBER et al,

        Defendant.

Case Number: CV10-05674 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 22, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kristin Webb
Miles Bauer Bergstrom & Winters, LLP
1231 East Dyer Road
Suite 100
Santa Ana, CA 92705

Daljit S. Tumber
Sonika K. Tumber
3141 Atwal Court
Hayward, CA 94541

Dated: March 22, 2011

                                        Richard W. Wieking, Clerk
                                        By: Brenda Tolbert, Deputy Clerk