UNITED STATES DISTRICT COURT

Northern District of California

BAC HOME LOANS SERVICING, LP,

          Plaintiff,
  v.

DALJIT TUMBER and SONIKA TUMBER

          Defendants.
_____/

No. C 10-05674 MEJ

**ORDER TO SHOW CAUSE**

On December 14, 2010, Defendants Daljit and Sonika Tumber removed the above-captioned case from Alameda County Superior Court, at which time the Clerk of Court scheduled a case management conference to take place on March 24, 2011. (Dkt. No. 1, 2.) However, on March 22, 2011, as no filings had been made by either party since the case was removed, the Court continued the case management conference to April 21, 2011, and ordered the parties to file a joint case management statement by April 14, 2011. (Dkt. No. 3.)

On April 18, 2011, as no statement had been filed, the Court vacated the case management conference and ordered Plaintiff to file a status report by April 27, 2011. The Court warned Plaintiff that failure to comply with the order may result in the imposition of sanctions, including dismissal of this action. Plaintiff has failed to file a status report. Accordingly, the Court ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute. Plaintiff shall file a declaration by May 12, 2011, and the Court shall conduct a hearing on May 26, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: April 29, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BAC HOME LOANS SERVICING, LP,

        Plaintiff,

v.

DALJIT S. TUMBER et al,

        Defendant.

Case Number: CV10-05674 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kristin Webb
Miles Bauer Bergstrom & Winters, LLP
1231 East Dyer Road
Suite 100
Santa Ana, CA 92705

Daljit S. Tumber
Sonika K. Tumber
3141 Atwal Court
Hayward, CA 94541

Dated: April 29, 2011

                              Richard W. Wieking, Clerk
                              By: Brenda Tolbert, Deputy Clerk

2