UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAC HOME LOANS SERVICING LP, | No. C 10-5674 SI |
| Plaintiff, | **ORDER APPROVING RECOMMENDATION AND REMANDING ACTION TO ALAMEDA COUNTY SUPERIOR COURT** |
| v. | |
| DALJIT TUMBER and SONIKA TUMBER, | |
| Defendants. | |

This Court has reviewed *de novo* the files and records in this case, and the Report and Recommendation issued by Magistrate Judge Maria Elena James on June 16, 2011. No party has filed any written objections to that Report and Recommendation. 28 U.S.C. § 636(b)(1)(c); F.R.Civ.P. 72(b); Civil Local Rule 72-3.

This Court concurs in Judge James' findings and analysis, and finds that this court lacks jurisdiction over this action. Accordingly, this action is remanded to the Alameda County Superior Court, where it was originally filed.

**IT IS SO ORDERED.**

Dated: July 6, 2011

_____
SUSAN ILLSTON
United States District Judge